CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that:

(1) I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California; and

(2) On 7/16/2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's office.

Chima O. Agim ID: #870112
Clements Unit
9601 Spur 591
Amarillo, TX 79107

Dated: 7/16/2019

Susan Y. Soong
Clerk, United States District Court

By: *[signature]*
Jean Davis, Deputy Clerk to
the Honorable William H. Orrick

*Service_Certificate _CRD*
*rev. August 2018*